**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jasper SIMPSON, Defendant–Appellant.**

No. 04–6656.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 12, 2004.

Decided: Aug. 18, 2004.

Jasper Simpson, Appellant pro se.

Deborah Brereton Barbier, Office of the United States Attorney, Columbia, South Carolina, for Appellee.

Before NIEMEYER, WILLIAMS,\* and TRAXLER, Circuit Judges.

PER CURIAM:

Jasper Simpson seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). An appeal may not be taken from the final order in a § 2255 proceeding unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that his constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. *See Miller–El v. Cockrell*, 537 U.S. 322, 336, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee*, 252 F.3d 676, 683 (4th Cir.2001). We have independently re-

---

\* Judge Williams did not participate in consideration of this case. The opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).

viewed the record and conclude that Simpson has not made the requisite showing. Accordingly, we deny Simpson's motion for a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*